133 F.3d 911
 Karl Smith, Shirley A. Smith, Karl Smith Developments, Inc.
v.
Borough of Aspinwall, O'Hara Township, Nicholas J. Scheid,
John E. Lovey, John A. Marmarella, Robert T. Mulvihill,
Ronald Spray, Mayor Arthur Esser, Walter Ringle, Henry
Martone, Bruce Hamer, Agents of Borough of Aspinwall, and/or
Agents of O'Hara Township
 NO. 96-3749
 United States Court of Appeals,
Third Circuit.
 Nov 25, 1997
 Appeal From: W.D.Pa. ,No.9502025
 
 1
 Affirmed.